UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

          Plaintiff,

    v.                                    Case No. 14-CR-6

ANDREA M PARIS
a/k/a Andrea M Addington,

          Defendant.

## ORDER REGARDING MOTION TO AMEND CONDITIONS OF RELEASE

     Defendant Andrea Paris, a/k/a Addington, has filed a motion to modify the conditions of her release to allow her to reside with a friend in Menominee, Michigan. Absent a report from pretrial services investigating the need to move and the proposed new residence, the court is unable to decide the motion. Pretrial Services is therefore directed to investigate Defendant's request and file a report with the court within the next four days.

     SO ORDERED this __16th__ day of July, 2014.

                             s/ William C. Griesbach
                            William C. Griesbach, Chief Judge
                            United States District Court